IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-218-FL

| | | |
|---|---|---|
| THE ESTATE OF MADISON ROSE MERGL,<br>by and through DAVID MERGL, Administrator | ) ) ) | |
| Plaintiff | ) ) | **ORDER STAYING THE INITIAL ORDER** |
| vs. | ) ) | **REGARDING PLANNING AND** |
| | ) | **SCHEDULING** |
| TIFFANY VICTORIA LEE, a Maryland<br>resident,<br>LARRY BEDDINGFIELD d/b/a LARRY<br>BEDDINGFIELD & SONS TRUCKING,<br>a North Carolina sole proprietorship,<br>BUTTERBALL, LLC, a North Carolina<br>limited liability corporation,<br>KENNEDY BROTHERS, INC.,<br>a North Carolina Corporation, and<br>KENNEDY BROTHERS LOGISTICS, INC.,<br>a North Carolina Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

THIS MATTER is before the Court on Plaintiff's Consent Motion to Stay the Initial Order

Regarding Planning and Scheduling. [DE    ]

It appearing to the Court that since the entry of the Initial Order Regarding Planning and

Scheduling ("Initial Order") [DE 25], Plaintiff has filed a motion to remand [DE 28], that the

interests of judicial economy would best be served by staying the Initial Order until the Court has

ruled upon the motion to remand, and that all the parties consent, the Court finds that there is good

cause to stay the Initial Order.

IT IS THEREFORE ORDERED that the Initial Order is stayed. The Court will lift the stay

after ruling on the pending motion to remand.

1

SO ORDERED, this the 7th day of July, 2022.

_____
Louise W. Flanagan
United States District Judge

2