UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF MADISON ROSE MERGL )<br>*by and through David Mergl, Administrator* )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>)<br>TIFFANY VICTORIA LEE, a *Maryland resident*, )<br>LARRY BEDDINGFIELD, LARRY )<br>BEDDINGFIELD & SONS TRUCKING, *a* )<br>*North Carolina sole proprietorship*, )<br>BUTTERBALL, LLC, *North Carolina limited* )<br>*liability corporation*, KENNEDY BROTHERS )<br>LOGISTICS, INC., *a North Carolina corporation*, )<br>and KENNEDY BROTHERS, INC., *a North* )<br>*Carolina corporation* )<br>    Defendants ) | **JUDGMENT**<br><br>No. 5:22-CV-218-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 31, 2022, more particularly described therein, that the captioned action be and hereby is remanded to Wayne County Superior Court.

**This Judgment Filed and Entered on October 31, 2022, and Copies To:**
Eric Laurence Doggett (via CM/ECF Notice of Electronic Filing)
Samuel H. MacRae / Christopher M. Kelly / Claude Rob Wilson / F. Marshall Wall / James C. Thorton / Preston William Rollero / Pardis Camarda / Geoffrey A. Losee / Elizabeth Hayes Overmann (via CM/ECF Notice of Electronic Filing)
The Honorable Robin Aycock Radford (via U.S. Mail at Wayne County Clerk of Superior Court,
224 E. Walnut Street, Room 230, Goldsboro, NC 28302)

October 31, 2022      PETER A. MOORE, JR., CLERK

                /s/ Sandra K. Collins
               (By) Sandra K. Collins, Deputy Clerk